UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ITALIA REGIUS,**

      **Plaintiff,**

v.                                                  **Case No:  6:14-cv-1252-Orl-41DAB**

**STARMAX FINANCE, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 13). United States Magistrate Judge David A. Baker issued a Report and Recommendation ("R&R," Doc. 15), recommending that the Motion be granted. No objections to the R&R have been filed, and the time to do so has lapsed.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 13) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $8,468.72.

4. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on June 19, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Party